UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILLIP SKIPPER

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-651-BAJ-RLB

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 6, 2017[1]. The Petitioner filed an objection[2] which merely restates his prior argument.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Petitioner's application for habeas corpus relief is DENIED, and this proceeding is DISMISSED. Further, in the event the Petitioner pursues an appeal in this case, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, on January ___9___, 2018.

_____

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 R. Doc. 13
2 R. Doc. 14